IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DWIGHT CALLIER, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. 3:25-CV-2331-B-BK |
| | § | |
| THE FINISH LINE INC., | § | |
| Defendant. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. Objections were filed. The Court reviewed *de novo* those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED.**

**DATE: September 8, 2026.**

JANE J. BOYLE
SENIOR UNITED STATES DISTRICT JUDGE